AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 3:20sw110
Information associated with alan@smgiusa.com that is )
stored at premises controlled by Google, LLC )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (copy attached), fully incorporated by reference herein;

located in the  Northern  District of  California , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (copy attached), fully incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy |
| 18 U.S.C. § 1956(a)(2)(B) | Money Laundering |

The application is based on these facts:
See attached Affidavit (copy attached), fully incorporated by reference herein.

- ☐ Continued on the attached sheet.
- ☑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* 04/06/2022 *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Carrie A Jarrett*
Applicant's signature

Carrie A. Jarrett, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 telephone  *(specify reliable electronic means)*.

Date: 04/06/2020

/s/ _____
Roderick C. Young
United States Magistrate Judge
Printed name and title

City and state: Richmond, Virginia

FILED APR - 6 2020 CLERK, U.S. DISTRICT COURT RICHMOND, VA