

FILED

APR - 6 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| IN RE: MOTION TO SEAL APPLICATION | ) | No. _____ 3:20sw110 |
| AND AFFIDAVIT FOR SEARCH | ) | |
| WARRANT | ) | |
| _____ | ) | |

## GOVERNMENT'S MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

Pursuant to Rule 49(B) of the Local Criminal Rules for this Court, the United States, by and through its attorneys, G. Zachary Terwilliger, United States Attorney, and Katherine Lee Martin, Assistant United States Attorney, hereby moves the Court to issue an order sealing the application for search warrant, the affidavit in support of the application, and the Memorandum in Support of this motion, in the above-captioned case, for one year following the execution of the warrant, as outlined in the Memorandum in Support.

WHEREFORE, it is requested that this Motion be granted.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Katherine Lee Martin
Assistant United States Attorney