

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: MOTION TO SEAL APPLICATION ) No. 3:20sw110
AND AFFIDAVIT FOR SEARCH )
WARRANT )
_____ )

ORDER

WHEREAS, the United States has moved to seal the application for search warrant, the affidavit in support of those application, and the Memorandum in Support of its motion, pursuant to Rule 49(B) of the Local Criminal Rules for this Court; and

WHEREAS, the Court, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the application and affidavit supporting the warrant, and the government's Memorandum in Support of its motion, will be sealed for a period of one year following execution of the warrant. The public is given notice to object by this Order and may request a hearing before this Court on the question of whether the above-captioned matter should be unsealed.

4/6/2020
Date

/s/ 
Roderick C. Young
United States Magistrate Judge