Placeholder For Sealed Document